## UNITED SAVINGS ASSOCIATION OF TEXAS, Petitioner,

v.

## Robert WIELER and Leslie Wieler, Respondents.

No. 94–1202.

Supreme Court of Texas.

May 25, 1995.

Foster Reese, III, Marc Peach, Dallas, for petitioner.

Glen D. Woodard, David A. Lubin, Dallas, for respondents.

PER CURIAM.

Petitioner's application for writ of error is denied. The Court neither approves nor disapproves of the court of appeals' discussion of unconscionability. 887 S.W.2d 155, 160.